LEON CHIAIA *v.* PEPPERIDGE FARM, INC.

RONALD LEE *v.* PEPPERIDGE FARM, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court, 24 Conn. App. 362, is denied.

*Tracy Alan Saxe,* in support of the petition.

*Christopher M. Hodgson,* in opposition.

Decided May 30, 1991

FARMERS AND MECHANICS BANK *v.* NICHOLAS C. ARBUCCI ET AL.

The defendant Nicholas C. Arbucci's petition for certification for appeal from the Appellate Court, 24 Conn. App. 486, is denied.

*Dale H. King,* in support of the petition.

*Harry B. Heller,* in opposition.

Decided May 30, 1991